428 A.2d 268

Commonwealth v. English, Appellant.
Petition for Allowance of Appeal Denied Jan. 18, 1982.

Argued November 13, 1979. Leonard I. Sharon, for appellant; Robert F. Hawk, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.

428 A.2d 269

Commonwealth v. Kehoe, Appellant.

Argued September 11, 1979. Ronald F. O'Driscoll, Jr., Assistant Public Defender, for appellant; John J. Burfete, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.